UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTOFER ASWEGAN<br><br>Plaintiff<br><br>vs.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC.<br><br>Defendant | Case Number: 1:11-cv-02128-CCC |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Kristofer Aswegan, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ Brent F. Vullings
**Brent F. Vullings, Esquire**

Attorney for Plaintiff
bv@w-vlaw.com
Warren & Vullings, LLP
93 Old York Road, Ste. 333
Jenkintown, PA 19046
215-745-9800